IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00160-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    KARLIEN RICHEL WINBERG,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Counts 2-15, and Counts 17-20 of the Superseding Indictment [Docket No. 133]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Counts 2-15, and Counts 17-20 of the Superseding Indictment [Docket No. 133] is granted. Counts 2 through 15 and 17 through 20 of the Superseding Indictment of the Indictment are dismissed as to defendant Karlien Richel Winberg only.

DATED August 14, 2015.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge